No. 964, Misc.   EDWARDS *v.* KANSAS.   Sup. Ct. Kan. Certiorari denied.   *Kent Frizzell,* Attorney General of Kansas, and *Edward G. Collister, Jr.,* Assistant Attorney General, for respondent.

No. 1119, Misc.   LAWHON *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   *Charles W. Tessmer* for petitioner.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 1179, Misc.   MAESTAS *v.* UTAH.   Sup. Ct. Utah. Certiorari denied.   *Vernon B. Romney,* Attorney General of Utah, and *Lauren N. Beasley,* Assistant Attorney General, for respondent.

No. 1302, Misc.   RAMER *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.   *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz, Betty R. Brown,* and *William F. Eich,* Assistant Attorneys General, for respondent.

No. 1352, Misc.   CAPALDO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1361, Misc.   MEYER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.